**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **No. 2:03CR00011** |
| | ) | **JUDGE CAMPBELL** |
| | ) | |
| **TERRY WAYNE CLAYBURN, JR.** | ) | |
| **KATHERYNE GAYLENE GUNTER** | ) | |

## ORDER SUBSTITUTING RESTITUTION RECIPIENT

Judgment was entered as to the above-named defendant, Katheryne Gunter, on June 2, 2004 (Docket Entry No. 46), wherein joint and several restitution in the amount of $160,889.47 was ordered to be paid to Perdue Farms, Inc. Judgment was entered as to the above-named defendant, Terry Wayne Clayburn, Jr., on August 30, 2004 (Docket Entry No. 57), wherein joint and several restitution in the amount of $160,889.47 was ordered to be paid to Perdue Farms, Inc.

Pursuant to the request of Perdue Farms, Inc., by Orders entered January 30, 2006 (Docket Entry Nos. 59 and 60), the judgments were amended to reflect that Surety Recovery Management LLC would receive $65,616.71 of the joint and several restitution, after which the remaining joint and several restitution would be forwarded to Perdue Farms, Inc.

Based upon information provided by the Clerk's Office, it appears that Surety Recovery Managment LLC has changed its name to Kazlow & Fields, LLC.

Accordingly, the aforementioned Judgments are hereby amended to reflect that Kazlow & Fields, LLC shall receive the balance of $62,186.71 joint and several restitution due Surety Recovery Management LLC, after which the remaining joint and several restitution shall be forwarded to Perdue Farms, Inc.

The Court's authority to substitute the victim's name in the judgment is drawn from the All Writs Act (28 U.S.C. §1651 (a)), which expressly authorizes a federal court to issue such orders "as

may be necessary or appropriate to effectuate and prevent the frustration of orders it has previously issued in its exercise of jurisdiction otherwise obtained."

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE